FILED

02/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0471

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0471

---

BRENDA ZASTOUPIL,

      Petitioner and Appellant,

    v.

DEPARTMENT OF LABOR & INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD, AND RYAN RESTAURANT
CORPORATION,

      Respondents and Appellees.

ORDER

---

Upon consideration of Appellant's Motion for extension of time to file her reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until March 6, 2024, to file her reply brief.

No further extensions will be granted.

DATED this 23 day of February, 2024.

For the Court,

_____
Chief Justice